George E. KORCSMAROS, Plaintiff–Appellant,

v.

FLUOR CORPORATION LONG TERM DISABILITY PLAN; Life Insurance Company of North America, a subsidiary of Cigna Corporation, Defendants–Appellees,

and

Fluor Constructors International, Incorporated; Cigna Integrated Care, a/k/a Cigna Group Insurance, Defendants.

No. 01–1385.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 24, 2001.

Decided Sept. 11, 2001.

Hoyt E. Glazer, Law Offices of Stuart Calwell, Charleston, WV, for appellant. William M. Hassan, Klett, Rooney, Lieber & Schorling, Pittsburgh, PA, for appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

PER CURIAM.

George E. Korcsmaros appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Korcsmaros v. Fluor Corp. Long Term Disability Plan,* No. CA–00–401–5 (S.D.W.Va. Feb. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*